# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER 17MJ3013 |
| vs ) | ABSTRACT OF ORDER |
| Luis Eudoro Valencia ) | Booking No. _____ |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __8/23/17__

the Court entered the following order:

__✓__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

__✓__ Defendant released on $ __10,000 p/s__ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

BERNARD G. SKOMAL

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

Received _____ DUSM

JOHN MORRILL      OR      Clerk
by P.m. _____
       Deputy Clerk

Crim-9   (Rev. 8-11)

★ U.S. GPO: 1996-783-398/40151

X7104

CLERK'S COPY