# UNITED STATES DISTRICT COURT
## for the
### Southern District of California

| | |
|---|---|
| United States of America<br>v.<br>Luis Eudoro Valencia<br>*Defendant* | ) ) ) ) ) )  Case No. 17-MJ-3013-BGS |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1.

I knowingly and voluntarily agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1

Date: 8/28/17

*Defendant's signature*

*Signature of defendant's attorney*

Robert Schlein # 97876
*Printed name and bar number of defendant's attorney*

750 B Street Suite 3210 San Diego CA 92101
*Address of defendant's attorney*

rschlein_2000@yaho.com
*E-mail address of defendant's attorney*

619.235.9026
*Telephone number of defendant's attorney*

619.232.1859
*FAX number of defendant's attorney*