# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LUIS EUDORO VALENCIA,<br><br>　　　　Defendant. | Case No.: 17-MJ-3013-BGS<br><br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, Robert C. Schlein, am a citizen of the United States and am at least eighteen years of age.  My business address is 750 "B" Street, Suite 3210, San Diego, California, 92101.

I am not a party to the above-entitled action.  I have caused service of:

**WAIVER OF PRELIMINARY HEARING**

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

　　　　1. Melanie Pearson, Assistant United States Attorney

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 29, 2017

　　　　　　　　　　　　　　　　　　　　　　　s/Robert C. Schlein
　　　　　　　　　　　　　　　　　　　　　　　ROBERT C. SCHLEIN

1