1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 17CR2856-AJB |
|---|---|
| Plaintiff, | ) |
| | ) FINDINGS AND RECOMMENDATION |
| | ) OF THE MAGISTRATE JUDGE |
| v. | ) UPON A PLEA OF GUILTY |
| | ) |
| LUIS EUDORO VALENCIA, | ) |
| | ) |
| | ) |
| Defendant. | ) |

Upon Defendant's request to enter a guilty plea to Count One (1) of the Indictment pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter was referred to the Magistrate Judge by the District Judge, with the written consents of the Defendant, counsel for the Defendant, and counsel for the United States.

Thereafter, the matter came on for a hearing on Defendant's guilty plea, in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge, in open court and on the record.

17CR2856-AJB

In consideration of that hearing and the allocution made by the Defendant under oath on the record and in the presence of counsel, and the remarks of the Assistant United States Attorney,

**I make the following FINDINGS - that the Defendant understands:**

1. The government's right, in a prosecution for perjury or false statement, to use against the defendant any statement that the defendant gives under oath;

2. The right to persist in a plea of "not guilty";

3. The right to a speedy and public trial;

4. The right to trial by jury, or the ability to waive that right and have a judge try the case without a jury;

5. The right to be represented by counsel-and if necessary to have the court appoint counsel-at trial and at every other stage of the proceeding;

6. The right at trial to confront and cross-examine adverse witnesses, to be protected from compelled self-incrimination, to testify and present evidence, and to compel the attendance of witnesses;

17CR2856-AJB

7.  The defendant's waiver of these trial rights if
    the court accepts a guilty plea or nolo
    contendere;

8.  The nature of each charge to which the
    defendant is pleading;

9.  Any maximum possible penalty, including
    imprisonment, fine, and term of supervised
    release;

10. Any applicable mandatory minimum penalty;

11. Any applicable forfeiture;

12. The court's authority to order restitution;

13. The court's obligation to impose a special
    assessment;

14. In determining a sentence, the court's
    obligation to calculate the applicable
    sentencing guideline range and to consider that
    range, possible departures under the Sentencing
    Guidelines, and other sentencing factors under
    18 U.S.C § 3553(a);

15. The term of any plea agreement and any
    provision in that agreement that waives the
    right to appeal or to collaterally attack the
    conviction and sentence; and

17CR2856-AJB

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

16. That, if convicted, a defendant who is not a
United States citizen may be removed from the
United States, denied citizenship, and denied
admission to the United States in the future.

**I further find that:**

17. The defendant is competent to enter a plea;

18. The defendant's guilty plea is made knowingly
and voluntarily, and did not result from force,
threats or promises (other than those made in a
plea agreement); and

19. There is a factual basis for Defendant's plea.

**I therefore RECOMMEND that the District Judge
accept the Defendant's guilty plea to Count One (1) of
the Indictment.**

The sentencing hearing will be before United States
**District Judge Anthony J. Battaglia,** on **2/20/2018** at
**9:00 AM.** The court excludes time from 12/5/2017 through
2/20/2018  pursuant to 18 USC § 3161(h)(1)(G) on the
ground that the District Judge will be considering the
proposed plea agreement.

Objections to these Findings and Recommendations
are waived by the parties if not made within 14 days of
this order. If the parties waive the preparation of the

17CR2856-AJB

1    Presentence Report, objections are due within three

2    days of this order.

3

4

5    Dated:  12/5/2017

6                                    Hon. Bernard G. Skomal
                                     United States Magistrate Judge
7

8

9    Copies to:

10   Judge Anthony J. Battaglia
     Assistant United States Attorney
11   Counsel for Defendant

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                      17CR2856-AJB