```
 1  ADAM L. BRAVERMAN
    Acting United States Attorney
 2  MELANIE K. PIERSON
    Assistant U.S. Attorney
 3  California Bar No. 112520
    880 Front Street, Room 6293
 4  San Diego, California   92101-8893
    Telephone:   (619) 546-7976
 5
    Attorney for Plaintiff
 6  United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No.   17cr2856-AJB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | JOINT MOTION TO DIRECT FINE |
| v. | ) | PAYMENTS TO THE LACEY |
| | ) | ACT REWARD FUND |
| LUIS VALENCIA, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Adam L. Braverman, Acting United States Attorney, and Melanie K. Pierson, Assistant United States Attorney,  defendant Luis Valencia, through his counsel, Robert Schlein, and hereby moves this court to direct the Clerk's Office to apply all monies paid by the defendant as a fine in this case to the Lacey Act Reward Fund.

DATED: March 23, 2018                    Respectfully submitted,

ADAM L. BRAVERMAN
Acting United States Attorney

s/*Melanie K. Pierson*
MELANIE K. PIERSON
Assistant U.S. Attorney

I

## STATEMENT OF FACTS

On February 20, 2018, this court sentenced defendant Luis Valencia, following his plea of guilty to Conspiracy to Illegally Import Wildlife, in violation of Title 18, United States Code, Section 371. The underlying offenses for the conspiracy involved both Customs law violations and the Endangered Species Act, Title 16, United States Code, Section 1538 and 1540. As part of the sentence, the court imposed a fine of $1000.

II

## POINTS AND AUTHORITIES

A. THE COURT SHOULD ORDER THE CLERK OF THE COURT TO DIRECT THE FUNDS PAID TOWARD THE FINE TO THE LACEY ACT REWARD FUND.

The parties agree that the funds paid as the fine in this case should include the notation "Lacey Act Reward Account" and be directed by the Clerk of the Court to the Lacey Act Rewards Account, and forwarded for deposit to the U.S. Fish and Wildlife Service, Cost Accounting Section, P.O. Box 272065, Denver, Colorado, 80227-9060, pursuant to Title 16, United States Code, Section 1540(d). Section 1540(d) of Title 16 (the Endangered Species Act) authorizes the payment of rewards to persons who furnish information leading to criminal or civil action under the Endangered Species Act and payment of the reasonable and necessary expenses incurred by any person providing temporary care for wildlife involved in an Endangered Species Act case. Such payments are authorized to be paid from "sums received as penalties, fines, or forfeiture of property for any violation of this chapter [the Endangered Species Act]." 16 U.S.C. §1540(d). The fund used to receive such payments is the Lacey Act Reward Fund. Because the underlying offense was a violation of the Endangered Species Act, the parties request that the fines collected in this case be applied to the Lacey Act Reward Fund.

III

## CONCLUSION

On the basis of the foregoing, the parties respectfully request that the court grant this motion and order the Clerk of the Court to direct the funds paid by the defendant toward the fine in this case to the Lacey Act Reward Fund.

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 17cr2856-AJB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| LUIS VALENCIA, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED that:

I, Melanie Pierson, am a citizen of the United States, over the age of 18 years, and a resident of San Diego County, California; my business address is 880 Front Street, Room 6293, San Diego, California 92101-8800; I am not a party to the above-entitled action. I have caused service of the Joint Motion to Direct Fine Payments to the Lacey Act Reward Fund on the opposing party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 23, 2018

                                           *s/Melanie K Pierson*
                                           MELANIE K. PIERSON
                                           Assistant U.S. Attorney