ADAM L. BRAVERMAN
United States Attorney
MELANIE K. PIERSON
Assistant U.S. Attorney
California State Bar No. 112520
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-7976
E-mail: melanie.pierson@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 17cr2856-AJB |
|---|---|
| Plaintiff, | MOTION OF THE UNITED STATES FOR AN AMENDED ORDER OF CRIMINAL FORFEITURE |
| v. | |
| LUIS EUDORO VALENCIA (1), | |
| Defendant. | |

COMES NOW Plaintiff, the United States of America, by and through its counsel, Adam L. Braverman, United States Attorney, and Melanie K. Pierson, Assistant United States Attorney, and respectfully submits the United States Government's Motion for an Amended Order of Criminal Forfeiture. In support thereof, the United States sets forth the following:

1. On January 31, 2018, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of LUIS EUDORO VALENCIA (1) ("Defendant") in **one Bengal tiger cub** (Panthera tigris tigris, an endangered species).

2. For thirty (30) consecutive days ending on March 3, 2018, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to deal with the animal in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of

the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the animal.

3. There were no potential third parties known to the United States to have alleged an interest in the forfeited tiger cub; therefore, no one was provided with direct notice of the forfeiture.

4. Thirty (30) days have passed following the final date of notice by publication, and no third party has made a claim to or declared any interest in the forfeited animal described above.

WHEREFORE, the United States respectfully requests:

1. That this Court enter an Amended Order of Criminal Forfeiture, condemning and forfeiting to the United States of America all right, title and interest of LUIS EUDORO VALENCIA (1) and any and all third parties in **one Bengal tiger cub**;

2. That any and all interest of the following person be specifically terminated and forfeited to the United States of America as to the above-referenced animal:

Eriberto Paniagua (2), whose December 19, 2017 plea included a consent "to forfeit all interest [he] may have in the tiger cub seized on August 23, 2017;"

2. That costs incurred by the United States Marshals Service, the Fish and Wildlife Service and any other governmental agencies which were incident to the seizure, custody and care of the tiger cub be borne by the United States; and

//
//
//

1    3.   That the Court order the United States Fish and Wildlife Service to find
2 an appropriate location to house the forfeited Bengal tiger cub for its continued
3 custody and care in accordance with the law.
4    DATED: April 17, 2018.

Respectfully submitted,

ADAM L. BRAVERMAN
United States Attorney

s/ Melanie K. Pierson

MELANIE K. PIERSON
Assistant United States Attorney
Attorneys for Plaintiff
United States of America

Attachment:  Declaration of AUSA Melanie K. Pierson

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LUIS EUDORO VALENCIA (1),<br>Defendant. | Case No.  17cr2856-AJB<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED that:

I, Melanie K. Pierson, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

I am not a party to the above-entitled action.  I have caused service of the foregoing on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Robert C. Schlein, rschlein_2000@yahoo.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 17, 2018.

                                                 s/ Melanie K. Pierson
                                                 MELANIE K. PIERSON