UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LUIS EUDORO VALENCIA (1),<br><br>    Defendant. | Case No.  17cr2856-AJB<br><br>AMENDED ORDER OF CRIMINAL FORFEITURE |

On January 31, 2018, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of LUIS EUDORO VALENCIA (1) ("Defendant") in **one Bengal tiger cub** (Panthera tigris tigris, an endangered species).

For thirty (30) consecutive days ending on March 3, 2018, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to deal with the animal in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the animal.

//

1    There were no potential third parties known to the United States to have alleged
2 an interest in the forfeited tiger cub; therefore, no one was provided with direct notice
3 of the forfeiture.

4    Thirty (30) days have passed following the final date of notice by publication,
5 and no third party has made a claim to or declared any interest in the forfeited animal
6 described above.

7    Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that,
8 as a result of the failure of any third party to come forward or file a petition for relief
9 from forfeiture as provided by law, all right, title and interest o LUIS EUDORO
10 VALENCIA (1) and any and all third parties in **one Bengal tiger cub** are hereby
11 condemned, forfeited and vested in the United States of America.

12    IT IS FURTHER ORDERED that any and all interests of the following person
13 are specifically terminated and forfeited to the United States of America as to the
14 above-referenced tiger cub:  Eriberto Paniagua (2).

15    IT IS FURTHER ORDERED that costs incurred by the United States Marshals
16 Service, the Fish and Wildlife Service and any other governmental agencies which
17 were incident to the seizure, custody and care of the tiger cub be borne by the United
18 States.

19    IT IS FURTHER ORDERED that the United States Fish and Wildlife Service
20 shall find an appropriate location to house the forfeited Bengal tiger cub for its
21 continued custody and care in accordance with the law

22    IT IS SO ORDERED.

23 Dated:  April 20, 2018

24                                              _____
                                                 Hon. Anthony J. Battaglia
25                                              United States District Judge